COMMONWEALTH of Pennsylvania,
Appellee

v.

James David PUGH, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 10, 2002.

Decided Oct. 1, 2002.

Jack William Cline, Mercer, Paul John Powers, Sharon, for James David Pugh, Appellant.

Peter Rosalsky, Philadelphia, for Defender Ass'n of Philadelphia, Appellant Amicus Curiae.

Samuel R. Zuck, James Peter Epstein, Mercer, for Appellee, Com. of PA.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice ZAPPALA dissents.